No. 89, Misc.   OWENS *v.* HUNTER, WARDEN.   February 11, 1946.   The motion for leave to file petition for writ of mandamus is denied.

No. 12, original.   UNITED STATES *v.* CALIFORNIA.   February 11, 1946.   The motion of the Commonwealth of Massachusetts for leave to intervene is denied.

No. 19.   LIGGETT & MYERS TOBACCO CO. ET AL. *v.* UNITED STATES.   February 11, 1946.   Upon suggestion of the death of Edward H. Thurston, a petitioner in this case, the motion to dismiss the writ of certiorari as to Edward H. Thurston, deceased, is granted.

No. 544.   UNITED STATES EX REL. HURWITZ *v.* ALEXANDER.   February 11, 1946.   Dismissed on motion of the petitioner.   Petitioner *pro se.   Solicitor General McGrath* and *Robert S. Erdahl* for respondent.

No. 751.   COMMISSIONER OF INTERNAL REVENUE *v.* COLLINS.   February 25, 1946.   *Per Curiam:* It appearing that the Commissioner of Internal Revenue has dismissed his petition for review in the Circuit Court of Appeals for the Ninth Circuit, the certificate is dismissed as moot.   *Solicitor General McGrath* for petitioner.   *Joseph D. Brady* for respondent.